```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17056
  GAIL THOMPSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

           Debtor
  SSN XXX-XX-6859


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/01/08 .

     2.  The case was converted to Chapter 7 without confirmation, 09/04/2008.

     3.  The Debtor paid a total of $    625.00 .

----------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
----------------------------------------------------------------------

       Summary of disbursements:
----------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00          .00         .00           .00
PRINCIPAL PAID         .00        .00          .00         .00           .00
INTEREST PAID          .00        .00          .00         .00           .00
TOTAL PAID             .00        .00          .00         .00           .00
The Debtor's attorney, JOSEPH WROBEL ESQ            , was allowed $   3500.00
and was paid $   1000.00  direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $    625.00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/17/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 17056 GAIL THOMPSON
```